HARRY KERNER, Appellant, v. ROBERT KALEKO et al., Respondents, et al., Defendant.— In our opinion, the record presents issues of fact which should be resolved after a plenary trial. Beldock, P. J., Ughetta, Kleinfeld, Christ and Brennan, JJ., concur.